■ Teresa E. Martin, Appellant-Respondent, v Rochester Athletic Club et al., Respondents/Third-Party Plaintiffs-Respondents. Yoruk Properties, LLC, Third-Party Defendant-Respondent-Appellant. [913 NYS2d 118]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered October 14, 2009 in a personal injury action. The order granted defendants-third-party plaintiffs' motion for summary judgment dismissing plaintiff's complaint and granted plaintiff's cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ In the Matter of Tim Sharpe, Petitioner, v Brian Fischer, Commissioner, New York State Department of Correctional Services, Respondent. [913 NYS2d 119]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered July 23, 2010) to review separate determinations of respondent. Respondent determined, after a tier III hearing that petitioner had violated an inmate rule and further determined that petitioner should not be paroled.

It is hereby ordered that the determinations are unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.